```
MARK COLUMBUS                    DISCOVER FINANCIAL            UPGRADE, INC.
TONYA CALHOUN COLUMBUS           ATTN: BANKRUPTCY              ATTN: BANKRUPTCY
85 HICKORY GROVE CHURCH RD       PO BOX 3025                   275 BATTERY ST
SUMRALL, MS 39482                NEW ALBANY, OH 43054          SAN FRANCISCO, CA 94111


THOMAS C. ROLLINS, JR.           FREEDOMPLUS
THE ROLLINS LAW FIRM, PLLC       ATTN: BANKRUPTCY
P.O. BOX 13767                   1875 SOUTH GRANT ST
JACKSON, MS 39236                STE 400
                                 SAN MATEO, CA 94402


AFFIRM, INC.                     GOLDMAN SACHS BANK USA
ATTN: BANKRUPTCY                 ATTN: BANKRUPTCY
650 CALIFORNIA ST                PO BOX 70379
FL 12                            PHILADELPHIA, PA 19176
SAN FRANCISCO, CA 94108


BARCLAYS BANK DELAWARE           HATTIESBURG CLINIC
ATTN: BANKRUPTCY                 415 SOUTH 28TH AVE
PO BOX 8801                      HATTIESBURG, MS 39401
WILMINGTON, DE 19899


BEST EGG                         MERRICK BANK CORP
ATTN: BANKRUPTCY                 PO BOX 9201
PO BOX 42912                     OLD BETHPAGE, NY 11804
PHILADELPHIA, PA 19101


CAPITAL ONE                      NR/SMS/CAL
ATTN: BANKRUPTCY                 601 OFFICE CENTER DR
P.O. BOX 30285                   FORT WASHINGTON, PA 19034
SALT LAKE CITY, UT 84130


CAPITAL ONE                      SUNBELT FEDERAL CU
ATTN: BANKRUPTCY                 ATTN: BANKRUPTCY
PO BOX 30285                     6885 US HWY 49
SALT LAKE CITY, UT 84130         HATTIESBURG, MS 39402


CITIBANK                         SYNCHRONY BANK
PO BOX 790040                    ATTN: BANKRUPTCY
ST LOUIS, MO 63179               PO BOX 965060
                                 ORLANDO, FL 32896


CREDIT ONE BANK                  SYNCHRONY BANK
6801 CIMARRON RD                 ATTN: BANKRUPTCY
LAS VEGAS, NV 89113              PO BOX 965064
                                 ORLANDO, FL 32896
```