Certificate Number: 12433-MSS-DE-039805264

Bankruptcy Case Number: 25-50887



12433-MSS-DE-039805264

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 25, 2025, at 2:11 o'clock PM CDT, Mark Columbus completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date: June 25, 2025

By: /s/Lisa Susoev

Name: Lisa Susoev

Title: Teacher