**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:                                                                                        **BANKRUPTCY PROCEEDING**

**MARK COLUMBUS**
**TONYA CALHOUN COLUMBUS**                               **CASE NUMBER: 25-50887 KMS**

## OBJECTION TO CONFIRMATION OF PLAN

COMES NOW, Sunbelt Federal Credit Union ("Sunbelt"), by and through its attorney, and files this Objection to Confirmation of Plan, and in support thereof would show unto the Court the following:

1.

The Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334, 28 U.S.C. §157, 11 U.S.C. §105, 11 U.S.C. §1325, and related code sections and rules.

2.

On June 18, 2025, Mark Columbus and Tonya Calhoun Columbus ("Debtors") filed their petition under Chapter 13 of the United States Bankruptcy Code before the United States Bankruptcy Court for the Southern District of Mississippi. David Rawlings was appointed the Chapter 13 Trustee.

3.

Prior to the petition, the Debtors executed two (2) loan agreements with Sunbelt. The loans are as follows:

**Loan No. 1 -**           Filed as Proof of Claim No. 1
    Loan No.:           xxx4298/200
    Debt:                  $36,161.93
    Collateral:           2021 Toyota Rav4 (VIN xxx187803)
    Value:                 Debtor-$22,014.00/Sunbelt-$29,407.50 (Retail $32,675 x 90%)

    Plan Proposal:    Pay $22,014.00 x 10% for life of plan (60 months)

**Loan No. 2 -**    <u>Filed as Proof of Claim No. 2</u>
    Loan No.:    xxx4298/103
    Debt:    $3,869.92
    Collateral:    Cross-collateralized

    Plan Proposal:    Pay 100% to unsecured

4.

Sunbelt objects to confirmation of the plan. The valuation of Sunbelt's collateral is misstated. The Sunbelt claims should be paid as follows:

Claim No. 1    Secured - $29,407.50 @ 10%
        Unsecured - $6,751.43

Claim No. 2    Unsecured - $3,869.92

5.

Sunbelt requests the Court to sustain its objection.

WHEREFORE, Sunbelt Federal Credit Union requests the Court to find that its Objection to Confirmation of Plan is well taken.

    Respectfully submitted,

    Sunbelt Federal Credit Union

    BY:    <u>s / Derek A. Henderson</u>
        DEREK A. HENDERSON
        Attorney for Sunbelt Federal Credit Union

**CERTIFICATE OF SERVICE**

I, DEREK A. HENDERSON, do hereby certify that I have this date served, via United States Mail, postage prepaid, and/or via the ECF Notification Service, a true and correct copy of the above and foregoing Objection to Confirmation of Plan to the following:

>Thomas Carl Rollins, Jr.
>trollins@therollinsfirm.com
>
>David Rawlings
>Chapter 13 Trustee
>ecfnotices@rawlings13.net
>
>Office of United States Trustee
>USTPRegion05.JA.ECF@usdoj.gov

This, the 30th day of June, 2025.

>s / Derek A. Henderson
>DEREK A. HENDERSON

**Derek A. Henderson, MSB #2260**
**Anna Claire Henderson, MSB #106230**
**1765-A Lelia Drive, Suite 103**
**Jackson, MS 39216**
**(601) 948-3167**
**derek@derekhendersonlaw.com**
**annaclaire@derekhendersonlaw.com**