# Proceeding Minutes / Proceeding Memo

**Case #:** 25-50887  **Case Name:** Mark Columbus and Tonya Calhoun Columbus

**Set:** 09/16/2025 01:30 pm  **Chapter:** 13  **Type:** bk  **Judge** Katharine M. Samson

**matter** Confirmation Hearing

Objection to Confirmation filed by Sunbelt Federal Credit Union (Dkt. #21) - AGREED ORDER TO BE SUBMITTED BY HENDERSON; EMAIL RECEIVED FROM HENDERSON

Minute Entry Re: (related document(s): [10] Confirmation Hearing) Henderson to submit an Agreed Order on the Objection filed by Sunbelt Federal Credit Union [21]. Order due by 09/30/2025. Confirmation hearing removed. (mcc)