

SO ORDERED,

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: September 16, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                         BANKRUPTCY PROCEEDING

**MARK COLUMBUS**
**TONYA CALHOUN COLUMBUS**                                 CASE NUMBER: 25-50887 KMS

## ORDER RESOLVING OBJECTION TO CONFIRMATION OF PLAN

THIS MATTER COMES before the Court upon Objection to Confirmation of Plan filed by Sunbelt Federal Credit Union ("Sunbelt") (Docket No. 21). The parties have resolved the Objection. An Amended Plan has been filed. Sunbelt withdraws its prior Objection.

THEREFORE, IT IS ORDERED that the Objection to Confirmation of Plan filed by Sunbelt Federal Credit Union (Docket No. 21) is resolved and the Debtors' plan is amended to provide payment to Sunbelt as follows:

Claim No. 1    Secured - $29,407.50 @ 10%
               2021 Toyota Rav4 (VIN xxx187803)
               Unsecured - $6,751.43

Claim No. 2    Unsecured - $3,869.92

## END OF ORDER ##

Agreed to by:

s/Derek A. Henderson
Derek A. Henderson, MSB #2260
Anna Claire Henderson, MSB #106230
Attorney for Sunbelt Federal Credit Union
1765-A Lelia Drive, Suite 103
Jackson, MS 39216
(601) 948-3167
derek@derekhendersonlaw.com
annaclaire@derekhendersonlaw.com

s/David Rawlings
David Rawlings
Chapter 13 Trustee
PO Box 566
Hattiesburg, MS 39403
(601) 582-5011
ecfnotices@rawlings13.net

s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., MSB #103469
Attorney for the Debtors
The Rollins Law Firm, PLLC
PO Box 13767
Jackon, MS 39236
(601) 500-5533
trollins@therollinsfirm.com