United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-50887-KMS |
| Mark Columbus | Chapter 13 |
| Tonya Calhoun Columbus | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 3 |
| Date Rcvd: Sep 18, 2025 | Form ID: n031 | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark Columbus, Tonya Calhoun Columbus, 85 Hickory Grove Church Rd, Sumrall, MS 39482-9429 |
| 5523787 | | Sunbelt Federal Credit Union, Attn: Bankruptcy, 6885 US Hwy 49 #3, Hattiesburg, MS 39402 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 18 2025 19:28:26 | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: mtgbk@shellpointmtg.com | Sep 18 2025 19:26:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826, UNITED STATES 29603-0826 |
| 5523774 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 18 2025 19:28:39 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5527252 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 18 2025 19:28:34 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5523775 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 18 2025 19:26:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 5523776 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Sep 18 2025 19:28:26 | Best Egg, Attn: Bankruptcy, Po Box 42912, Philadelphia, PA 19101-2912 |
| 5523777 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 18 2025 19:28:26 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5526239 | | Email/Text: mrdiscen@discover.com | Sep 18 2025 19:26:00 | Capital One, N.A., successor by merger to Discover, Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5523779 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 18 2025 19:28:39 | Citibank, Po Box 790040, St Louis, MO 63179-0040 |
| 5544369 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 18 2025 19:28:34 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5523780 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 18 2025 19:28:34 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5523781 | + | Email/Text: mrdiscen@discover.com | Sep 18 2025 19:26:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5523782 | + | Email/Text: bk@freedomfinancialnetwork.com | Sep 18 2025 19:26:00 | FreedomPlus, Attn: Bankruptcy, 1875 South Grant St, Ste 400, San Mateo, CA 94402-2676 |
| 5523783 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 18 2025 19:26:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 18, 2025 | Form ID: n031 | Total Noticed: 29 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5523784 | + | Email/Text: kristie.pope@hattiesburgclinic.com | Sep 18 2025 19:26:00 | Box 70379, Philadelphia, PA 19176-0379<br>Hattiesburg Clinic, PA, 415 S 28th Ave, Hattiesburg, MS 39401-7283 |
| 5543018 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 18 2025 19:26:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5549179 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 18 2025 19:28:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5531491 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 18 2025 19:28:33 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5523785 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 18 2025 19:28:33 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5526655 | | Email/Text: mtgbk@shellpointmtg.com | Sep 18 2025 19:26:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 5523786 | + | Email/Text: mtgbk@shellpointmtg.com | Sep 18 2025 19:26:00 | Nr/sms/cal, 601 Office Center Dr, Fort Washington, PA 19034-3275 |
| 5548144 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 18 2025 19:28:26 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 5535967 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 18 2025 19:28:39 | Resurgent Capital Services as servicing agent for, Best Egg, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5549205 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 18 2025 19:28:27 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5523788 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 18 2025 19:28:26 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5523789 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 18 2025 19:28:39 | Synchrony Bank, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 5523790 | | Email/Text: bknotice@upgrade.com | Sep 18 2025 19:26:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery St, San Francisco, CA 94111 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Sunbelt Federal Credit Union |
| 5523778 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5549382 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Sep 18, 2025 | Form ID: n031 | Total Noticed: 29 |
| Date: Sep 20, 2025 | Signature: /s/Gustava Winters | |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2025 at the address(es) listed below:**

**Name**     **Email Address**

David Rawlings
ecfnotices@rawlings13.net sduncan@rawlings13.net

Derek A Henderson
on behalf of Creditor Sunbelt Federal Credit Union derek@derekhendersonlaw.com melissa@derekhendersonlaw.com

Thomas Carl Rollins, Jr
on behalf of Joint Debtor Tonya Calhoun Columbus trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
on behalf of Debtor Mark Columbus trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−50887−KMS
**Chapter:** 13

**In re:**

| | |
|---|---|
| Mark Columbus<br>85 Hickory Grove Church Rd<br>Sumrall, MS 39482 | Tonya Calhoun Columbus<br>aka Tonya C Columbus<br>85 Hickory Grove Church Rd<br>Sumrall, MS 39482 |

### Notice of Entry of Order Confirming Plan

The Court entered an Order on September 18, 2025 (Dkt. # 26 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

| Jackson Office: | Gulfport Office: |
|---|---|
| Clerk, U.S. Bankruptcy Court<br>Southern District of Mississippi<br>Thad Cochran U.S. Courthouse<br>501 East Court Street, Suite 2.300<br>Jackson, MS 39201<br>601−608−4600 | Clerk, U.S. Bankruptcy Court<br>Southern District of Mississippi<br>Dan M. Russell, Jr. U.S. Courthouse<br>2012 15th Street, Suite 244<br>Gulfport, MS 39501<br>228−563−1790 |

Dated: September 18, 2025              Danny L. Miller, Clerk of Court