B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

In re   MARK COLUMBUS                                                                 Case No.  25-50887
       TONYA CALHOUN COLUMBUS

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| LVNV Funding LLC | Resurgent Capital Services as servicing agent for Best Egg |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
    LVNV Funding LLC
    c/o Resurgent Capital Services
    PO Box 10587
    Greenville, SC 29603-0587

Phone:  (877) 264-5884
Last Four Digits of Acct #:   8631

Court Claim # (if known):  6
Amount of Claim:   $43.52
Date Claim Filed:   07/21/2025

Phone:  _____
Last Four Digits of Acct. #:   7653

Name and Address where transferee payments should be sent (if different from above):

Phone:  _____
Last Four Digits of Acct #:  _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   */s/Lorel Thompson*                                                                    Date:   10/07/2025
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.